**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ISSAYAS GEBREZGHI** | **CASE NO. 6:26-CV-02254 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MELLISSA HARPER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

Upon consideration of Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice [ECF No. 18],

IT IS HEREBY ORDERED that the motion is GRANTED, and all claims of Petitioner Issayas Gebrezghi are dismissed without prejudice, with each party bearing its own costs.

THUS DONE in Chambers on this 13th day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE